# Court of Appeals
# of the State of Georgia

ATLANTA, February 16, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0029. MIRLANDE DINA MICHEL v. MANDY JACKSON, VALLIHI APARTMENTS.

Petitioner, Mirlande Dina Michel, has filed an emergency motion to stay an order granting a writ of possession to Respondent, Mandy Jackson, Vallihi Apartments, issued by the Superior Court of Peach County on January 27, 2022. Petitioner also moves this Court, inter alia, to order (1) the superior court judge who issued the order to recuse herself, (2) the complete record be forwarded to this Court, and (3) Respondent to keep Petitioner's apartment vacant pending appeal to this Court. Rule 40 (b) provides, in relevant part, that we may only issue "such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Because Petitioner's motion does not meet these requirements, we decline to exercise our limited powers under Rule 40 (b), and the emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/16/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*